# EXHIBIT 1

**GREENSTONE LAW APC**
Mark S. Greenstone (SBN 199606*)*
Benjamin N. Donahue (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
Email: mgreenstone@greenstonelaw.com
Email: bdonahue@greenstonelaw.com

**GLANCY PRONGAY & MURRAY LLP**
Kevin F. Ruf (SBN 136901)
Marc L. Godino (SBN 182689)
David J. Stone (SBN 208961)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: kruf@glancylaw.com
Email: mgodino@glancylaw.com
Email: dstone@glancylaw.com

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI LARSON, JAMESON JAUKEN, CHARLES KADLUBOWSKI, GEORGE WERNER, MARTHA VELASQUEZ, DAVID JOSEPHSON, CAROL HARDIFER, CARMINE D'AMATO, CAROL ALLEN, CATHERINE DAVIS, STACY REISER, SUNGWON HAN, ARIKA KUHLMANN, and RIC HEATON, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs, | Case No.<br><br>**DECLARATION OF MARK S. GREENSTONE IN SUPPORT OF VENUE FOR TRIAL OF CLAIMS ARISING UNDER THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT** |

|   |   |
|---|---|
| v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC., a California corporation, and HONDA MOTOR COMPANY, LTD, a foreign corporation,<br><br>   Defendants. |   |

1. I am the founding member of Greenstone Law, APC and I am admitted to practice before all the courts of the State of California and before this Court. I make this declaration based upon my personal knowledge of the facts set forth herein, unless the context indicates otherwise, and if called as a witness, I could and would competently testify thereto.

2. Pursuant to California Civil Code section 1780(d), this Declaration is submitted in support of Plaintiffs' selection of venue for the trial of Plaintiffs' cause of action alleging violations of California's Consumers Legal Remedies Act.

3. This is a putative class action based upon an alleged automobile defect. Defendant American Honda Motor Company, Inc. conducts significant business in this District, directly and through its network of authorized dealers. As a result, thousands of putative Class Vehicles have been purchased or leased and serviced in this District. In addition, Plaintiff

Terri Larson resides in San Diego, California, and has personally experienced the defect that is the subject of this case there.

4.  Based on the facts set forth herein, this Court is a proper venue for the prosecution of Plaintiffs' cause of action alleging violations of California's Consumers Legal Remedies Act.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the forgoing is true and correct.

Executed this 5th day of July, 2023 in Los Angeles, California.

*s/ Mark S. Greenstone*
Mark S. Greenstone
