# EXHIBIT 4


*ServiceNews Article*

**November 2015**                                                                                                                A15110E Version 1

## Engine Rattle at Cold Start in Cold Weather

### AFFECTED VEHICLES
2008–12 Accord L4, 2012–15 Crosstour L4, and 2012–14 CR-V

Does the engine rattle at cold startup for **1 to 2 seconds** when it's cold outside? Chances are the VTC actuator is the culprit.

Keep in mind simply replacing the VTC actuator using current parts stock **won't** fix this rattle if it's only heard under these conditions.

We expect to have countermeasured parts available by late February or early March of next year. Once there are enough parts in stock, we'll post a service bulletin.

© 2015 American Honda Motor Co., Inc. – All Rights Reserved