UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI LARSON, JAMESON JAUKEN, CHARLES KADLUBOWSKI, GEORGE WERNER, MARTHA VELASQUEZ, DAVID JOSEPHSON, CAROL HARDIFER, CARMINE D'AMATO, CAROL ALLEN, CATHERINE DAVIS, STACY REISER, SUNGWON HAN, ARIKA KUHLMANN, and RIC HEATON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC., a California corporation, and HONDA MOTOR COMPANY, LTD, a foreign corporation,<br><br>Defendants. | Case No.: 3:23-CV-01238-L-BGS<br><br>**ORDER DENYING MOTION TO STAY OR DISMISS AS MOOT**<br><br>[ECF No. 7] |

Pending before the court is a motion to stay the complaint, or in the alternative dismiss for failure to state a claim. (ECF No. 7.) Plaintiff filed an amended complaint (ECF No. 11.) *See* Fed. R. Civ. Proc. 15(a)(1)(B). Accordingly, the motion to dismiss is

1

denied as moot.  *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).  Further, the motion to stay is also denied as moot as the stay was based on the similarity of the allegations in the original complaint to a pending action in another district court.  (*See* ECF No. 7.)  Defendants may renew their arguments to stay based on the amended complaint.

**IT IS SO ORDERED.**

Dated:  December 29, 2023

Hon. M. James Lorenz
United States District Judge